IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, ) <br> AIS NO. 291560, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON S. DUNN, WARDEN ) <br> MONICA MCCOY, WARDEN ) <br> CARTER, LT. PEAVY, CAPTAIN ) <br> JOSEPH DANZEY, CAPTAIN ) <br> JENKINS, LT. BOYD, LT. ) <br> McCOVERY, OFFICER LOVEJOY, ) <br> and OFFICER JERNIGAN, ) <br> ) <br> Defendants. ) | CASE NO. 2:21-CV-843-WKW <br> [WO] |

## **ORDER**

On October 13, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 14th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE